

U.S. Department of Justice

United States Attorney
District of New Jersey
*Civil Division*

---

**ALINA HABBA**
UNITED STATES ATTORNEY

*Alex Silagi*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*alex.silagi@usdoj.gov*

main:  (973) 645-2700
direct: (973) 353-6001
fax:   (973) 297-2010

May 27, 2025

**BY ECF**
The Honorable Esther Salas, U.S.D.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

    Re:    *Alameldeen v. Rubio, et al.,* Civil Action No. 25-1556-ES

Dear Judge Salas:

    This Office represents the Government in this immigration mandamus matter, in which Plaintiff challenges the length of time taken by the U.S. Department of State ("DOS") to decide his visa application. DOS recently scheduled a pre-decision interview of Plaintiff, who canceled the interview because he was awaiting receipt of foreign documentation in support of his application. Plaintiff indicates that he will reschedule the interview when he receives the foreign documents. DOS cannot adjudicate the application until Plaintiff reschedules an interview. When DOS issues its final decision, this mandamus action will become moot. For these reasons, the Government respectfully requests a 60-day extension of time to answer or otherwise respond to the Complaint from May 27, 2025, until July 28, 2025.

    This is the Government's first request for an extension. Plaintiff's counsel consents to this request. We thank the Court for its attention to this matter.

                                     Respectfully submitted,

                                     ALINA HABBA
                                   United States Attorney

               By:    *s/ Alex Silagi*
                      ALEX D. SILAGI
                      Assistant United States Attorney

cc:    Counsel of Record (by ECF)